AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Marco A. Nunez <br> *Plaintiff* <br> v. <br> DTC Depository Trust Corporation, 55 Water Street, Wates Building, New York, New York <br> *Defendant* | Civil Action No.   4:13-cv-244-TMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice. A certificate of appealability is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge. The court adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   September 25, 2013                                            *CLERK OF COURT*

                                                                                           s/Debbie Stokes
                                                                              _____
                                                                              *Signature of Clerk or Deputy Clerk*